UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN L. SOUTHAM,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:16-cv-12529
Magistrate Judge Anthony P. Patti

## JUDGMENT

In accordance with this Court's August 4, 2017 order granting in part and denying in part Plaintiff's motion for remand pursuant to Sentence Four and granting in part and denying in part Defendant's motion for summary judgment,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Plaintiff and against Defendant.

It is further **ORDERED AND ADJUDGED** that this matter is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with my Opinion and Order of this date, **REVERSING IN PART** the Commissioner's prior decision.

Dated: August 4, 2017

    s/Anthony P. Patti
    Anthony P. Patti
    UNITED STATES MAGISTRATE JUDGE

## **Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on August 4, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti
